IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SUNBELT RENTALS, INC.**     **PLAINTIFF**

V.     NO. 4:21-CV-101-DMB-JMV

**BEULAH LAND GLOBAL FARMS, LLC**     **DEFENDANT**

## ORDER

On February 8, 2022, Sunbelt Rentals, Inc. filed a motion for default judgment against Beulah Land Global Farms, LLC, and a supporting memorandum brief. Docs. #11, #12. In violation of the Local Rules, Sunbelt attached exhibits to its memorandum brief rather than to the motion. *See* L.U. Civ. R. 7(b)(2) ("All … supporting documents and exhibits … must be filed as exhibits to the motion, response, or rebuttal to which they relate."). Because of this procedural deficiency, the motion for default judgment [11] is **DENIED without prejudice**. Within seven (7) days of this order, Sunbelt may refile its motion, exhibits, and memorandum in compliance with the Local Rules.

**SO ORDERED**, this 4th day of April, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**