IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SUNBELT RENTALS, INC.**                                                   **PLAINTIFF**

**V.**                                   **NO.4:21-CV-101-DMB-JMV**

**BEULAH GLOBAL FARMS,
LLC**                                                   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, judgment is entered in favor of Sunbelt Rentals, Inc. against Beulah Global Farms, LLC in the amount of $91,860.75 plus post-judgment interest accruing at the legal rate as defined by 28 U.S.C. § 1961.

**SO ORDERED**, this 18th day of November, 2022.

                                                            **/s/Debra M. Brown**
                                                            **UNITED STATES DISTRICT JUDGE**